| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| | KRISTY M. HORTON, #271250 |
| 2 | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 422-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:18-cr-00077-TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUANCE OF JUDGMENT AND |
| | ) | SENTENCING |
| ALEX GOLDMAN, | ) | |
| HOUSE OF OXFORD, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for August 2, 2018, is continued to September 20, 2018, at 9:30 a.m. in the same courtroom. Probation needs additional time to prepare for sentencing. Rosanne Rust, Assistant United States Attorney, and Thomas A. Johnson, Defendants' attorney, agree to this continuance. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 20, 2018 |
| Reply or Statement | September 13, 2018 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | September 6, 2018 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later | August 23, 2018 |

1

than:

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 16, 2018 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | August 2, 2018 |

**IT IS SO STIPULATED.**

Dated: July 16, 2018                   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendants


                                       MCGREGOR W. SCOTT
                                       United States Attorney

Dated: July 16, 2018                   /s/ Rosanne Rust
                                       ROSANNE RUST
                                       Assistant U.S. Attorney


## **ORDER**

    IT IS SO ORDERED.

DATE: July 16, 2018

Troy L. Nunley
United States District Judge