| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. HORTON, #271250 |
|   | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
|   | Sacramento, California 95814 |
| 4 | Telephone: (916) 442-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Case No.: 2:18-cr-00077-TLN
        Plaintiff,  )
    vs.  )  STIPULATION AND ORDER TO HAVE THE CLERK RETURN DEFENDANT'S PASSPORT
ALEX GOLDMAN,  )
        Defendant.  )

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the passport of Defendant, Alex Goldman, may be returned to him. Mr. Goldman's case is closed. Assistant United States Attorney, Rosanne Rust, and Defendant's attorney, Thomas A. Johnson, both agree to this stipulation.

**IT IS SO STIPULATED.**

DATED: February 5, 2019        By:  /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Anthony Joachim

DATED: February 5, 2019

                                        By:  /s/ Rosanne Rust
                                                ROSANNE RUST
                                                Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the Clerk of the District Court return Alex Goldman's passport to him and may be picked up by his attorney of record, Thomas A. Johnson, or an employee with the Law Office of Thomas A. Johnson.

Dated: February 6, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE