THOMAS A. JOHNSON, SBN 119203
KRISTY M. HORTON, SBN 271250
Law Office of Thomas A. Johnson
400 Capital Mall, Suite 2560
Sacramento, CA  95814
Telephone: (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. ALEX GOLDMAN, Defendant. | Case No. 2:18-cr-00077-TLN STIPULATION AND ORDER EXTENDING DATE TO REPLY Date: TBD Time: TBD Judge: Troy L. Nunley |
|---|---|

## **STIPULATION**

The United States of America through its undersigned counsel, Michael D. Anderson, Assistant United States Attorney, together with Thomas A. Johnson, counsel for Alex Goldman, hereby stipulate the following:

1. The parties agree and stipulate, and request the Court find the following:
    a. Defendant's Reply will be filed by May 22, 2020.
    b. Defendant is requesting an extension to file the reply in order to gather additional documentation for the court to consider.
    c. The Government does not object to the extension.

**IT IS SO STIPULATED.**

DATED:  May 15, 2020             By:     /s/ Thomas A. Johnson
                                         THOMAS A. JOHNSON
                                         Attorney for Alex Goldman

1 | P a g e

DATED:  May 15, 2020

McGREGOR W. SCOTT
United States Attorney

By:  /s/ Michael D. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: May 15, 2020

Troy L. Nunley
United States District Judge